UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

BANKERS DEVELOPMENT 6:13-CV-00578-TC
CORPORATION, an Oregon corporation,

                               Plaintiff, FINDINGS and RECOMMENDATION

     v.

TRUCK INSURANCE EXCHANGE, et al.,

                             Defendants.

COFFIN, Magistrate Judge:

    Plaintiff was previously ordered to show cause in writing why this action should not be dismissed for failure to prosecute and failure to follow a court order. See Order (#12). Plaintiff was warned that failure to respond to the Order would result in the recommendation that the action be dismissed for failure to prosecute and failure to follow a court order. Id. Plaintiff has failed to respond to the Order. Accordingly, this action should be dismissed for failure to prosecute and failure to follow a court order.

Page 1 - FINDINGS and RECOMMENDATION

## Conclusion

This action should be dismissed for failure to prosecute and failure to follow a court order.

DATED this 25 day of February, 2014.

_____
THOMAS M. COFFIN
United States Magistrate Judge

Page 2 - FINDINGS and RECOMMENDATION